B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois, Eastern Division

In re:   Liaquat Hussain,                              Case No.   15-40727

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2). Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bayview Loan Servicing, LLC | Bayview Loan Servicing, LLC c/o M&T Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Bayview Loan Servicing LLC
  4425 Ponce De Leon Blvd.
  5th Floor
  Coral Gables, FL 33146

Court Claim # (if known):   3
Amount of Claim:   $499,247.31
Date Claim Filed:   04/11/2016

Phone:
Last Four Digits of Acct #:   7584

Phone:
Last Four Digits of Acct #:   0907

Name and Address where transferee payments should be sent (if different from above):
  Bayview Loan Servicing LLC
  4425 Ponce De Leon Blvd.
  5th Floor
  Coral Gables, FL 33146

Phone:
Last Four Digits of Acct #:   7584

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Joel P. Fonferko                         Date:   12/4/2018
      Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571.

File #14-10-27741

NOTE: This law firm is a debt collector.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have electronically filed a copy of this Notice of Transfer of Claim with the Courts, and notice was electronically served upon the parties listed below on December 4, 2018.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
Mohammed O Badwan, Attorney for Debtor(s), 2500 S. Highland Ave Suite 200 , Lombard, IL 60148

/s/ Joel P. Fonferko
Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Laura A. Hrisko ARDC#6230993
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-27741)**

NOTE: This law firm is a debt collector.