# UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE:  LIAQUAT HUSSAIN )  Case No.   15 B 40727
)
)  Chapter   13
Debtor(s) )  Judge:   CAROL A. DOYLE

## NOTICE OF MOTION

TO:   Liaquat Hussain                    Sulaiman Law Group LTD
      1051 Ridgeview Dr.                  via Clerk's ECF noticing procedures
      Inverness, IL 60010

Please take notice that on the 30th day of April 2019 at 9:15 a.m., I or my designee will appear before the Honorable Judge CAROL A. DOYLE in Courtroom 742, 219 S. Dearborn St., Chicago, Illinois, and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 55 E. Monroe St., Chicago, IL on April 10, 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO OBJECT TO DISCHARGE

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to enter an order determining that debtor is not entitled to a discharge, stating as follows:

1.  Debtor (s) filed the above- captioned Chapter 13 case on November 30, 2015.

2.  The plan was confirmed on February 2, 2016.

3.  The debtor filed a previous Chapter 7 case, #13 B 46400 filed on December 2, 2013, discharge issue on October 20, 2015.

4.  Pursuant to 11 U.S.C. Section 1328(f), "the court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor received a discharge--
    (1) in a case filed under chapter 7,11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or
    (2) in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order."

Wherefore Trustee prays that the Court enter an order that the debtor or debtors are not entitled to a discharge.

Respectfully submitted,
/s/ Tom Vaughn

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL  60603
(312) 294-5900